# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARY FAIN,**
Appellant,

v.

**PATRICE E. MORGAN** and **TREZZVANT SPIVEY,**
Appellees.

No. 4D2022-2727

[December 21, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE17-008611.

Mary Fain, Fort Lauderdale, pro se.

Caryn L. Bellus and Benjamin B. Carter of Kubicki Draper, P.A., Miami, for appellee Patrice E. Morgan.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***